# gusto

# Earnings Statement

Pay period: Jul 16, 2024 - Jul 31, 2024 Pay Day: Aug 7, 2024
Fyffe Acct ( . . . 0675): $2,076.04

**Company**
Charlotte Christian Law PC
203 Eastside Sq
Huntsville, AL 35801
256-859-7277

**Employee**
Charlotte Christian
XXX-XX-0042
P.O. Box 704
Rainsville, AL 35986

### Employee Gross Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $28.85 | 86.666667 | $2,500.00 | $36,115.38 |
| Paid Holidays | | | | $1,384.62 |
| **Totals** | | 86.666667 | $2,500.00 | $37,500.00 |

### Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Social Security | $155.00 | $2,325.00 |
| Medicare | $36.25 | $543.75 |
| AL Withholding Tax | $107.71 | $1,615.65 |

### Employer Taxes

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $155.00 | $2,325.00 |
| Medicare | $36.25 | $543.75 |
| FUTA | $0.00 | $42.00 |
| AL Unemployment Tax | $0.00 | $11.20 |
| Employment Security Enhancement Assessment (ESA) | $0.00 | $4.80 |

### Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Guideline Traditional 401(k) | 401(k) | $125.00 | $1,875.00 |

### Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Guideline Traditional 401(k) | 401(k) | $100.00 | $1,500.00 |

### Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $2,500.00 | $37,500.00 |
| Pre-Tax Deductions/Contributions | $125.00 | $1,875.00 |
| Taxes | $298.96 | $4,484.40 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $2,076.04 | $31,140.60 |
| Total Reimbursements | $0.00 | $9.05 |
| Alafile expense paid with E.K.'s card | $0.00 | $9.05 |
| Check Amount | $2,076.04 | $31,149.65 |
| Total Hours Worked | 86.666667 | 1252.0 |

### Unpaid Time Off Policy

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Unpaid Time Off Balance | 40.00 |

### Paid Time Off Policy

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Paid Time Off Balance | 160.00 |

### Bereavement Policy

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Bereavement Balance | 24.00 |

# gusto

# Earnings Statement

Pay period: Jul 1, 2024 - Jul 15, 2024  Pay Day: Jul 22, 2024
Fyffe Acct ( . . . 0675): $2,076.04

**Company**
Charlotte Christian Law PC
203 Eastside Sq
Huntsville, AL 35801
256-859-7277

**Employee**
Charlotte Christian
XXX-XX-0042
P.O. Box 704
Rainsville, AL 35986

### Employee Gross Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $28.85 | 78.666667 | $2,269.23 | $33,615.38 |
| Paid Holidays | $28.85 | 8.0 | $230.77 | $1,384.62 |
| **Totals** | | **86.666667** | **$2,500.00** | **$35,000.00** |

### Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Social Security | $155.00 | $2,170.00 |
| Medicare | $36.25 | $507.50 |
| AL Withholding Tax | $107.71 | $1,507.94 |

### Employer Taxes

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $155.00 | $2,170.00 |
| Medicare | $36.25 | $507.50 |
| FUTA | $0.00 | $42.00 |
| AL Unemployment Tax | $0.00 | $11.20 |
| Employment Security Enhancement Assessment (ESA) | $0.00 | $4.80 |

### Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Guideline Traditional 401(k) | 401(k) | $125.00 | $1,750.00 |

### Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Guideline Traditional 401(k) | 401(k) | $100.00 | $1,400.00 |

### Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $2,500.00 | $35,000.00 |
| Pre-Tax Deductions/Contributions | $125.00 | $1,750.00 |
| Taxes | $298.96 | $4,185.44 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $2,076.04 | $29,064.56 |
| Total Reimbursements | $0.00 | $9.05 |
| Alafile expense paid with E.K.'s card | $0.00 | $9.05 |
| Check Amount | $2,076.04 | $29,073.61 |
| Total Hours Worked | 78.666667 | 1165.33 |

### Unpaid Time Off Policy

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Unpaid Time Off Balance | 40.00 |

### Paid Time Off Policy

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Paid Time Off Balance | 160.00 |

### Bereavement Policy

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Bereavement Balance | 24.00 |

# gusto

# Earnings Statement

Pay period: Jun 16, 2024 - Jun 30, 2024 Pay Day: Jul 5, 2024
Fyffe Acct ( . . . 0675): $2,076.04

**Company**
Charlotte Christian Law PC
203 Eastside Sq
Huntsville, AL 35801
256-859-7277

**Employee**
Charlotte Christian
XXX-XX-0042
P.O. Box 704
Rainsville, AL 35986

### Employee Gross Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $28.85 | 86.666667 | $2,500.00 | $31,346.15 |
| Paid Holidays | | | | $1,153.85 |
| Totals | | 86.666667 | $2,500.00 | $32,500.00 |

### Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Social Security | $155.00 | $2,015.00 |
| Medicare | $36.25 | $471.25 |
| AL Withholding Tax | $107.71 | $1,400.23 |

### Employer Taxes

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $155.00 | $2,015.00 |
| Medicare | $36.25 | $471.25 |
| FUTA | $0.00 | $42.00 |
| AL Unemployment Tax | $0.00 | $11.20 |
| Employment Security Enhancement Assessment (ESA) | $0.00 | $4.80 |

### Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Guideline Traditional 401(k) | 401(k) | $125.00 | $1,625.00 |

### Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Guideline Traditional 401(k) | 401(k) | $100.00 | $1,300.00 |

### Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $2,500.00 | $32,500.00 |
| Pre-Tax Deductions/Contributions | $125.00 | $1,625.00 |
| Taxes | $298.96 | $3,886.48 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $2,076.04 | $26,988.52 |
| Total Reimbursements | $0.00 | $9.05 |
| Alafile expense paid with E.K.'s card | $0.00 | $9.05 |
| Check Amount | $2,076.04 | $26,997.57 |
| Total Hours Worked | 86.666667 | 1086.67 |

### Unpaid Time Off Policy

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Unpaid Time Off Balance | 40.00 |

### Paid Time Off Policy

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Paid Time Off Balance | 160.00 |

### Bereavement Policy

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Bereavement Balance | 24.00 |

# gusto

# Earnings Statement

Pay period: Jun 1, 2024 - Jun 15, 2024 Pay Day: Jun 21, 2024
Fyffe Acct ( . . . 0675): $2,076.04

**Company**

Charlotte Christian Law PC
203 Eastside Sq
Huntsville, AL 35801
256-859-7277

**Employee**

Charlotte Christian
XXX-XX-0042
P.O. Box 704
Rainsville, AL 35986

### Employee Gross Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $28.85 | 86.666667 | $2,500.00 | $28,846.15 |
| Paid Holidays | | | | $1,153.85 |
| Totals | | 86.666667 | $2,500.00 | $30,000.00 |

### Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Social Security | $155.00 | $1,860.00 |
| Medicare | $36.25 | $435.00 |
| AL Withholding Tax | $107.71 | $1,292.52 |

### Employer Taxes

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $155.00 | $1,860.00 |
| Medicare | $36.25 | $435.00 |
| FUTA | $0.00 | $42.00 |
| AL Unemployment Tax | $0.00 | $11.20 |
| Employment Security Enhancement Assessment (ESA) | $0.00 | $4.80 |

### Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Guideline Traditional 401(k) | 401(k) | $125.00 | $1,500.00 |

### Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Guideline Traditional 401(k) | 401(k) | $100.00 | $1,200.00 |

### Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $2,500.00 | $30,000.00 |
| Pre-Tax Deductions/Contributions | $125.00 | $1,500.00 |
| Taxes | $298.96 | $3,587.52 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $2,076.04 | $24,912.48 |
| Total Reimbursements | $0.00 | $9.05 |
| Alafile expense paid with E.K.'s card | $0.00 | $9.05 |
| Check Amount | $2,076.04 | $24,921.53 |
| Total Hours Worked | 86.666667 | 1000.0 |

### Unpaid Time Off Policy

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Unpaid Time Off Balance | 40.00 |

### Paid Time Off Policy

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Paid Time Off Balance | 160.00 |

### Bereavement Policy

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | 0.00 |
| Remaining Bereavement Balance | 24.00 |